# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 15, 2016

### NO. 03-13-00802-CV

**Byron David Pearson, Appellant**

**v.**

**Heather Pearson, Appellee**

---

**APPEAL FROM 201ST DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE CHIEF JUSTICE ROSE, JUSTICES BOURLAND AND ABOUSSIE\***
**AFFIRMED -- OPINION BY JUSTICE ABOUSSIE**

---

This is an appeal from the decree signed by the trial court on October 31, 2013. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's decree. Therefore, the Court affirms the trial court's decree. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.

\* Before Marilyn Aboussie, Chief Justice (retired), Third Court of Appeals, sitting by assignment. *See* Tex. Gov't Code § 74.003(b).